Fill in this information to identify the case:

United States Bankruptcy Court for the:

Middle District of Florida

Case number (if known): _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | Franklin Southern Manufacturing, LLC |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 4 7 – 4 0 7 5 3 4 2 |

**4. Debtor's address**

**Principal place of business**

8500 Baycenter Road Suite 2
Number       Street

c/o Billy Sermons, Owner

Jacksonville, FL 32256
City                          State      ZIP Code

Duval
County

**Mailing address, if different from principal place of business**

Number       Street

P.O. Box

City                          State      ZIP Code

**Location of principal assets, if different from principal place of business**

Number       Street

City                          State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Franklin Southern Manufacturing, LLC
_____    Case number *(if known)* _____
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes .

   ____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

       District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

       District _____ When _____
                                                MM / DD / YYYY

       Case number, if known _____

Debtor    Franklin Southern Manufacturing, LLC            Case number *(if known)* _____
        Name

---

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
           Number      Street

           _____
           City                  State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

            Contact name _____

            Phone _____

---

## Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,000-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| ☐ 200-999 | | |

**15. Estimated assets**

| | | |
|---|---|---|
| ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| Debtor | Franklin Southern Manufacturing, LLC | Case number (if known) |
|---|---|---|
| | Name | |

**16. Estimated liabilities**

| | |
|---|---|
| ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/26/2023
          MM/ DD/ YYYY

X /s/ Billy Sermons                                    Billy Sermons
Signature of authorized representative of debtor      Printed name

Title          President/CEO

**18. Signature of attorney**

X          /s/ Bryan K. Mickler          Date 04/26/2023
Signature of attorney for debtor                MM/ DD/ YYYY

Bryan K. Mickler
Printed name

Law Offices of Mickler & Mickler, LLP
Firm name

5452 Arlington Expy.
Number          Street

Jacksonville                          FL          32211
City                                  State       ZIP Code

_____          bkmickler@planlaw.com
Contact phone                  Email address

091790                         FL
Bar number                     State

Fill in this information to identify the case:

Debtor name       Franklin Southern Manufacturing, LLC

United States Bankruptcy Court for the:

      Middle District of Florida

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**          _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 **Bank of America - garnished** | **Checking account** | **4020** | **$0.00** |

     **Additional Page Total** - *See continuation page for additional entries*      **$0.00**

4. **Other cash equivalents** *(Identify all)*
   **None**

5. **Total of Part 1**      **$0.00**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**
   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| 7.1 **Eastgroup** | **$41,914.00** |
|---|---|

| Debtor | **Franklin Southern Manufacturing, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

    Description, including name of holder of prepayment

    **None**

9.  **Total of Part 2**

    Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.          **$41,914.00**

---

**Part 3:**  Accounts receivable

---

10.  **Does the debtor have any accounts receivable?**

     ☐ No. Go to Part 4.

     ☑ Yes. Fill in the information below.

     Current value of debtor's interest

11.  **Accounts Receivable**

     11a. 90 days old or less:     **$212,251.11** − **$0.00** = ......→     **$212,251.11**
     face amount          doubtful or uncollectible accounts

     11b. Over 90 days old:     **$466,929.95** − **$466,929.95** = ......→     **$0.00**
     face amount          doubtful or uncollectible accounts

12.  **Total of Part 3**

     Current value on lines 11a + 11b = line 12. Copy the total to line 82.          **$212,251.11**

---

**Part 4:**  Investments

---

13.  **Does the debtor own any investments?**

     ☑ No. Go to Part 5.

     ☐ Yes. Fill in the information below.

     | | Valuation method used for current value | Current value of debtor's interest |
     |---|---|---|

14.  **Mutual funds or publicly traded stocks not included in Part 1**

     Name of fund or stock:

     **None**

15.  **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

     Name of fund or stock:          % of ownership:

     **None**

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

     Describe:

---

Debtor     __Franklin Southern Manufacturing, LLC__     Case number *(if known)* _____
                   Name

    None

17. **Total of Part 4**
    Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.     **$0.00**

**Part 5:** Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**
    ☐ No. Go to Part 6.
    ☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 19.1 minimal amount of used steel coil and waste | MM / DD / YYYY | (Unknown) | | $2,000.00 |

20. **Work in progress**
    None

21. **Finished goods, including goods held for resale**
    None

22. **Other inventory or supplies**
    None

23. **Total of Part 5**
    Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.     **$2,000.00**

24. **Is any of the property listed in Part 5 perishable?**
    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☑ No
    ☐ Yes

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 6:** Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
    ☑ No. Go to Part 7.
    ☐ Yes. Fill in the information below.

Debtor    __Franklin Southern Manufacturing, LLC__                          Case number *(if known)* _____
      Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28.** **Crops — either planted or harvested**

   **None**

**29.** **Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30.** **Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31.** **Farm and fishing supplies, chemicals, and feed**

   **None**

**32.** **Other farming and fishing-related property not already listed in Part 6**

   **None**

**33.** **Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                          $0.00

**34.** **Is the debtor a member of an agricultural cooperative?**
   ☑ No
   ☐ Yes. Is any of the debtor's property stored at the cooperative?
      ☐ No
      ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑ No
   ☐ Yes

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑ No
   ☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 7:** Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☐ No. Go to Part 8.
   ☑ Yes. Fill in the information below.

Debtor    **Franklin Southern Manufacturing, LLC**                           Case number *(if known)* _____
     Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 **8 full office sets, with computers and printers** | **(Unknown)** | used value | **$5,000.00** |
| **40. Office fixtures** | | | |
| 40.1 **12 unit phone system** | **(Unknown)** | used value | **$1,500.00** |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 **8 roll forming machines used in manufacturing** | **(Unknown)** | used value | **$120,000.00** |

**42. Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    **None**

**43. Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.                      **$126,500.00**

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 **2000 Nissan flatbed pickup** / **very poor condition** | **(Unknown)** | | **$1,000.00** |

**48. Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor    __Franklin Southern Manufacturing, LLC__          Case number *(if known)* _____
          Name

**None**

**49.   Aircraft and accessories**

**None**

**50.   Other machinery, fixtures, and equipment (excluding farm machinery
        and equipment)**

50.1  **2022 Clark C70 forklift** _____         **(Unknown)** _____              $90,000.00

**51.   Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.                                                   $91,000.00

**52.   Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53.   Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 9:    Real Property**

---

**54.   Does the debtor own or lease any real property?**
☑ No. Go to Part 10.
☐ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

**55.   Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

**None**

**56.   Total of Part 9**

Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.     $0.00

**57.   Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58.   Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 10:    Intangibles and Intellectual Property**

---

Debtor    __Franklin Southern Manufacturing, LLC__                Case number *(if known)* _____

            Name

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

    **None**

**61.** **Internet domain names and websites**

    **None**

**62.** **Licenses, franchises, and royalties**

    **None**

**63.** **Customer lists, mailing lists, or other compilations**

    **None**

**64.** **Other intangibles, or intellectual property**

    **None**

**65.** **Goodwill**

    **None**

**66.** **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.                      **$0.00**

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)

☑ No

☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 11:** All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

Debtor    __Franklin Southern Manufacturing, LLC_____     Case number *(if known)* _____
          Name

|  | **Current value of debtor's interest** |
|---|---|

**71.  Notes receivable**
Description (include name of obligor)

**None**

**72.  Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.  Interests in insurance policies or annuities**

**None**

**74.  Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.  Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**None**

**76.  Trusts, equitable or future interests in property**

**None**

**77.  Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**None**

**78.  Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                                    **$0.00**

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor      __Franklin Southern Manufacturing, LLC__                                    Case number *(if known)* _____
              Name

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $41,914.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $212,251.11 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $2,000.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $126,500.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $91,000.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............................................................... | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $473,665.11 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................................................................ | | $473,665.11 |

| Debtor | **Franklin Southern Manufacturing, LLC** | | Case number *(if known)* _____ |
|---|---|---|---|
| | Name | | |

---

| **Additional Page** |
|---|

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts - *Continued***

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.2 | **Wells Fargo Bank, N.A. - garnished** | **Checking account** | **1016** | **$0.00** |
| 3.3 | **Bank of America - garnished** | **Savings account** | **4033** | **$0.00** |

<table>
<tr><td colspan="2" style="background:black;color:white;">Fill in this information to identify the case:</td></tr>
</table>

Fill in this information to identify the case:

Debtor name _____ Franklin Southern Manufacturing, LLC _____

United States Bankruptcy Court for the: _____ Middle _____ District of _____ Florida _____
(State)

Case number (if known): _____

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name

Reibus

**Describe debtor's property that is subject to a lien**

AR less than 90

| | $2,374,432.00 | $212,251.11 |
|---|---|---|

**Creditor's mailing address**

1 Glenlake Pkwy NE Suite #300

Atlanta, GA 30328

**Describe the lien**

_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $2,525,250.00

Debtor   <u>Franklin Southern Manufacturing, LLC</u>                    Case number (if known) _____
      Name

| **Part 1:** | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2**   **Creditor's name**

Starwrap Inc.

**Creditor's mailing address**

7324 Southwest Fwy Suite #1440

Houston, TX 77074

**Creditor's email address, if known**

_____

**Date debt was** _____
**incurred**

**Last 4 digits of** ___ ___ ___ ___
**account
number**

**Do multiple creditors have an interest
in the same property?**

☑ No

☐ Yes. Have you already specified the
relative priority?

   ☐ No.  Specify each creditor, including
this creditor, and its relative
priority.

   _____

   ☐ Yes. The relative priority of creditors
is specified on lines _____

**Describe debtor's property that is subject to a
lien**

<u>Bank of America - garnished</u>

**Describe the lien**

_____

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: $60,818.00

Column B: $0.00

| Debtor | Franklin Southern Manufacturing, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A
**Amount of claim**
Do not deduct the value of collateral.

Column B
**Value of collateral that supports this claim**

**2.3** Creditor's name

Wells Fargo Bank

**Describe debtor's property that is subject to a lien**

2022 Clark C70 forklift

$90,000.00          $90,000.00

**Creditor's mailing address**

420 Montgomery St.

San Francisco, CA 94104

**Describe the lien**

**Creditor's email address, if known**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

— — — —

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines _____

Debtor   Franklin Southern Manufacturing, LLC
           Name

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---------|---------------------------------------------------------------|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Christopher Cammack, Attorney<br>2100 W Loop S Suite #1075<br>Houston, TX 77027 | Line 2. _2_ | |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____ Franklin Southern Manufacturing, LLC _____

United States Bankruptcy Court for the:

_____ Middle District of Florida _____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
    ☐ No. Go to Part 2.
    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>Florida Department of Revenue<br><br>P.O. Box 6668<br><br>Tallahassee, FL 32314<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>sales tax<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $1,251,853.81 | $0.00 |
| **2.2** | **Priority creditor's name and mailing address**<br>Internal Revenue Service<br><br>Attn: Bankruptcy<br><br>400 W. Bay Street<br><br>Jacksonville, FL 32202<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the Claim:**<br>_____<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | | $0.00 | $0.00 |

Debtor    **Franklin Southern Manufacturing, LLC**                                    Case number *(if known)* _____
_____
Name

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,875.00 |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address
48forty Solutions, LLC
_____

534 Thompson Dr Suite #1A
_____

Douglas, GA 31533

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim**  $17,875.00

---

**3.2** Nonpriority creditor's name and mailing address
A&K Machine
_____

3451 W Beaver St,
_____

Jacksonville, FL 32254

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim**  $11,864.51

---

**3.3** Nonpriority creditor's name and mailing address
ABF/Arcbest
_____

8401 McClure Drive
_____

Fort Smith, AR 72916

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim**  $1,560.00

---

**3.4** Nonpriority creditor's name and mailing address
AJC Group
_____

1000 Abernathy Rd NE Ste. #600
_____

Atlanta, GA 30328

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**Amount of claim**  $5,975.00

Debtor **Franklin Southern Manufacturing, LLC**
Name

Case number *(if known)* _____

| Part 2: | Additional Page |
|---|---|

---

**3.5** Nonpriority creditor's name and mailing address

**American Express**

**P O Box 650448**

**Dallas, TX 75265**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $250,000.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.6** Nonpriority creditor's name and mailing address

**Armstrong**

**3840 Hempland Road**

**P.O. Box 566**

**Mountville, PA 17544**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $7,200.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.7** Nonpriority creditor's name and mailing address

**Bluelinx**

**1950 Spectrum Circle Suite #300**

**Marietta, GA 30067**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $67,192.00
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

**3.8** Nonpriority creditor's name and mailing address

**Boise Cascade Bld. Mat. Dist.**

**4300 S. Enterprise St**

**Boise, ID 83705**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:      $50,605.85
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Debtor   **Franklin Southern Manufacturing, LLC**                              Case number *(if known)* _____
               Name

| Part 2: | Additional Page |
|---|---|

**3.9** Nonpriority creditor's name and mailing address
Cenvar Roofing

2124 Loudon Ave NW

Roanoke, VA 24017

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$56,119.00

---

**3.10** Nonpriority creditor's name and mailing address
DHL

236 WENDELL H FORD BLVD MS 1305

Erlanger, KY 41018

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$54,181.00

---

**3.11** Nonpriority creditor's name and mailing address
Epilay

21175 S Main St Suite C

Carson, CA 90745

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$137,004.00

---

**3.12** Nonpriority creditor's name and mailing address
Fanaco Fastners

10600 231ST WAY NE

Redmond, WA 98053

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$28,862.00

| Debtor | **Franklin Southern Manufacturing, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

### 3.13

**Nonpriority creditor's name and mailing address**

Fastenal

2001 Theurer Blvd.

Winona, MN 55987

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,135.00

---

### 3.14

**Nonpriority creditor's name and mailing address**

Fifth Wheel Freight

4460 44th St SE Suite D

Grand Rapids, MI 49512

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$18,250.00

---

### 3.15

**Nonpriority creditor's name and mailing address**

Five Star Roofing

2330 Scenic Hwy S Suite #400

Snellville, GA 30078

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$36,120.00

---

### 3.16

**Nonpriority creditor's name and mailing address**

Flack Global Metals

600 TownPark Lane NW Ste. #L-1000

Kennesaw, GA 30144

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$308,038.00

---

Debtor    **Franklin Southern Manufacturing, LLC**          Case number *(if known)* _____
    Name

| Part 2: | Additional Page |
| --- | --- |

**3.17** Nonpriority creditor's name and mailing address

**Florida Forklift**

**3221 N. 40th St.**

**Tampa, FL 33605**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $10,023.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address

**Fora Financial Advance, LLC**

**519 Eighth Avenue 11th Floor**

**New York, NY 10018**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $272,293.50
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address

**Fox Capital Group, Inc.**

**140 Broadway Floor 46**

**New York, NY 10005**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $100,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address

**Gardner Gibson**

**4161 E. 7th Avenue**

**Tampa, FL 33605**

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:    $15,542.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   **Franklin Southern Manufacturing, LLC**                                           Case number *(if known)* _____
         Name

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.21** Nonpriority creditor's name and mailing address

**Huttig**

**555 Maryville University Drive**

**Saint Louis, MO 63141**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$100,442.00**

---

**3.22** Nonpriority creditor's name and mailing address

**Integrity Express**

**6206 Atlantic Blvd Suite #4**

**Jacksonville, FL 32216**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$7,500.00**

---

**3.23** Nonpriority creditor's name and mailing address

**IPS Corp.**

**455 W. Victoria Street**

**Compton, CA 90220**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$30,914.00**

---

**3.24** Nonpriority creditor's name and mailing address

**Matrix Machine**

**2901 Danese St.**

**Jacksonville, FL 32206**

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

**$6,689.00**

---

Debtor    **Franklin Southern Manufacturing, LLC**                                    Case number *(if known)* _____
                Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$6,000.00**

Megacorp Logistics

7800 Belfort Pkwy

Jacksonville, FL 32256

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$25,729.00**

Midwest Metals

25989 Detroit Road

Westlake, OH 44145

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$44,186.00**

Painted Metal Products

1025 Lockwood Dr,

Houston, TX 77020

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$10,582.00**

PLS Logistics

7014 A C Skinner Pkwy Suite #260

Jacksonville, FL 32256

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred    _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

Debtor    **Franklin Southern Manufacturing, LLC**                                    Case number *(if known)*
　　　　　Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.29** **Nonpriority creditor's name and mailing address**

**Primary Freight**

**644 Supreme Dr.**

**Bensenville, IL 60106**

Date or dates debt was incurred　　　————————

Last 4 digits of account number　　—— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ————————

**Is the claim subject to offset?**
☑ No
☐ Yes

**$16,150.00**

---

**3.30** **Nonpriority creditor's name and mailing address**

**Primesource Building Products**

**1321 GREENWAY DR**

**Irving, TX 75038**

Date or dates debt was incurred　　　————————

Last 4 digits of account number　　—— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ————————

**Is the claim subject to offset?**
☑ No
☐ Yes

**$121,711.00**

---

**3.31** **Nonpriority creditor's name and mailing address**

**Pure Lead Products**

**127 Ranier Dr**

**Lake Placid, FL 33852**

Date or dates debt was incurred　　　————————

Last 4 digits of account number　　—— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ————————

**Is the claim subject to offset?**
☑ No
☐ Yes

**$6,589.00**

---

**3.32** **Nonpriority creditor's name and mailing address**

**R & R Express Logistics**

**100 Commerce Dr.**

**Pittsburgh, PA 15275**

Date or dates debt was incurred　　　————————

Last 4 digits of account number　　—— —— —— ——

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ————————

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15,945.00**

---

Debtor   **Franklin Southern Manufacturing, LLC**

Name

Case number *(if known)* _____

---

**Part 2:**   Additional Page

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $196,771.00 |
|---|---|---|---|

**Robetex**

**2504 Fayetteville Rd,**

**Lumberton, NC 28358**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $21,519.00 |
|---|---|---|---|

**SEMCO**

**2737 Ignition Dr Unit 8**

**Jacksonville, FL 32218**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $210,505.00 |
|---|---|---|---|

**Shandex Corp**

**400 Kelby St. 17th Floor**

**Fort Lee, NJ 07024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $112,756.00 |
|---|---|---|---|

**Skymark Roofing, LLC**

**P.O. BOX 1232**

**Mount Dora, FL 32756**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Franklin Southern Manufacturing, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.37** Nonpriority creditor's name and mailing address

Sohacki Ind.

185 Cumberland Park Dr,

Saint Augustine, FL 32095

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,329.00

---

**3.38** Nonpriority creditor's name and mailing address

Sunteck TTS

4500 Salisbury Road Suite #305

Jacksonville, FL 32216

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,875.00

---

**3.39** Nonpriority creditor's name and mailing address

TForce Freight

PO Box 1216

Richmond, VA 23218

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,654.00

---

**3.40** Nonpriority creditor's name and mailing address

The Henry Company

2701 State Rd 60 W

Bartow, FL 33830

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$65,598.00

---

Debtor    **Franklin Southern Manufacturing, LLC**

Name                                                    Case number *(if known)*

---

**Part 2:**  Additional Page

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $53,999.00 |
|---|---|---|---|

**3.41** Nonpriority creditor's name and mailing address

TQL

12724 Gran Bay Pkwy Suite #250

Jacksonville, FL 32258

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$53,999.00

---

**3.42** Nonpriority creditor's name and mailing address

Updike Logistics

435 S 59th Ave Suite #100

Phoenix, AZ 85043

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$5,615.00

---

**3.43** Nonpriority creditor's name and mailing address

Warrior Roofing

3050 Warrior Rd

Tuscaloosa, AL 35404

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

$10,213.00

---

| Debtor | **Franklin Southern Manufacturing, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 **Altus AR** <br><br> **2121 Airline Drive Suite #520** <br><br> **Metairie, LA 70001** | Line **3.6** <br><br> ☐ Not listed. Explain _____ <br> _____ | ___ ___ ___ ___ |

| Debtor | **Franklin Southern Manufacturing, LLC** | Case number *(if known)* |
| | Name | |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$1,251,853.81** |
| 5b. | **Total claims from Part 2** | 5b.  **+** | **$2,548,110.86** |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$3,799,964.67** |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Fill in this information to identify the case:

Debtor name      Franklin Southern Manufacturing, LLC

United States Bankruptcy Court for the:

Middle District of Florida

Case number (if known): _____    Chapter    11

☐ Check if this is an
amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | commercial building <br> Contract to be ASSUMED | Eastgroup Properties LP <br> 400 W. Parkway Place Suite #100 <br> Ridgeland, MS 39157 |
| State the term remaining | 0 months | |
| List the contract number of any government contract | | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | | |
| State the term remaining | | |
| List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name __**Franklin Southern Manufacturing, LLC**__

United States Bankruptcy Court for the: _____**Middle**_____ District of ____**Florida**____
(State)

Case number (If known): _____

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors
12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

---

1. **Does the debtor have any codebtors?**

   ☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 Sermons, Billy | 8500 Baycenter Rd. Suite #2 <br> Street <br><br> Jacksonville, FL 32256 <br> City        State        ZIP Code | Fora Financial Advance, LLC | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Fox Capital Group, Inc. | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Florida Department of Revenue | ☐ D <br> ☑ E/F <br> ☐ G |
| | | Reibus | ☑ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | _____ <br> Street <br><br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | _____ <br> Street <br><br> _____ <br> City        State        ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

---

Debtor   **Franklin Southern Manufacturing, LLC**                          Case number (if known) _____
         Name

| | Additional Page if Debtor Has More Codebtors |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.5 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |
| 2.6 | _____ | _____ <br> Street <br> _____ <br> _____ <br> City        State        ZIP Code | _____ | ❏ D <br> ❏ E/F <br> ❏ G |

---

Fill in this information to identify the case:

Debtor name      Franklin Southern Manufacturing, LLC

United States Bankruptcy Court for the:

     Middle District of Florida

Case number (if known): _____    Chapter __11__

☐ Check if this is an amended filing

---

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    **12/15**

### Part 1:   Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*...........................................................................

   | $473,665.11 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.............................................................................

   | $473,665.11 |

### Part 2:   Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $2,525,250.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................

   | $1,251,853.81 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.....................................

   | +   $2,548,110.86 |

4. **Total liabilities**........................................................................................................................

   | $6,325,214.67 |

   Lines 2 + 3a + 3b

---

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Franklin Southern Manufacturing, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Middle District of Florida</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to<br>MM/ DD/ YYYY | Filing date | ☑ Operating a business<br>☐ Other | $2,360,000.00 |
| **For prior year:** | From 01/01/2022 to<br>MM/ DD/ YYYY | 12/31/2022<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $9,000,000.00 |
| **For the year before that:** | From 01/01/2021 to<br>MM/ DD/ YYYY | 12/31/2021<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other | $13,520,278.00 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From 01/01/2023 to<br>MM/ DD/ YYYY | Filing date | | |
| **For prior year:** | From 01/01/2022 to<br>MM/ DD/ YYYY | 12/31/2022<br>MM/ DD/ YYYY | | |
| **For the year before that:** | From 01/01/2021 to<br>MM/ DD/ YYYY | 12/31/2021<br>MM/ DD/ YYYY | | |

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.**    **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   Reibus<br>Creditor's name<br>1 Glenlake Pkwy NE Suite #300<br>Street<br><br>Atlanta, GA 30328<br>City    State    ZIP Code | 2/2023<br>3/2023<br>4/2023 | _____ | ☑ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2.   City Electric Supply Co.<br>Creditor's name<br>P O Box 131811<br>Street<br><br>Dallas, TX 75313<br>City    State    ZIP Code | 4/2023 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.**    **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.   Sermons, Billy<br>Creditor's name<br>8500 Baycenter Rd. Suite #2<br>Street<br><br>Jacksonville, FL 32256<br>City    State    ZIP Code | 4/2022-3/2023 | $75,000.00 | draw in lieu of salary of approximately $75,000 in past year |
| **Relationship to debtor**<br>owner | | | |

**5.**    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

Debtor   Franklin Southern Manufacturing, LLC                                    Case number (if known) _____
         Name

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. Boise Cascade Bld. Mat. Dist. | Garnishment of Wells Fargo Bank account | 4/2023 | $9,909.00 |
| Creditor's name | | | |
| 4300 S. Enterprise St | | | |
| Street | | | |
| | | | |
| Boise, ID 83705 | | | |
| City                State        ZIP Code | | | |
| 5.2. Starwrap Inc. | Garnishment of Bank of America Account | 4/2023 | $45,400.00 |
| Creditor's name | | | |
| 7324 Southwest Fwy | | | |
| Street | | | |
| | | | |
| Houston, TX 77074 | | | |
| City                State        ZIP Code | | | |

## 6.  Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. | | | |
| Creditor's name | | | |
| | XXXX– __ __ __ __ | | |
| Street | | | |
| | | | |
| City                State        ZIP Code | | | |

## Part 3:  Legal Actions or Assignments

### 7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. Fanaco Fastners v. Debtor, et al. | foreign judgment | Circuit Court Duval County FL | ☑ Pending |
| | | Name | ☐ On appeal |
| | | 502 W Adams Street | ☐ Concluded |
| Case number | | Street | |
| 16-2023-CC-005750 | | | |
| | | Jacksonville, FL 32202 | |
| | | City            State      ZIP Code | |
| 7.2. Case title | Nature of case | Court or agency's name and address | Status of case |
| Skymark Roofing v. Debtor | collection | Circuit Court Duval County FL | ☑ Pending |
| | | Name | ☐ On appeal |
| | | 502 W Adams Street | ☐ Concluded |
| Case number | | Street | |
| 16-2023-CA-001634 | | | |
| | | Jacksonville, FL 32202 | |
| | | City            State      ZIP Code | |

Debtor    Franklin Southern Manufacturing, LLC
          Name

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Primesource Building Products v. Debtor | collection | Circuit Court Duval County FL Name | ☑ Pending |
| | | | 502 W Adams Street Street | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | 16-2022-CA-004919 | | Jacksonville, FL 32202 City            State    ZIP Code | |

| 7.4. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Boise Cascade v. Debtor | collection | Circuit Court Duval County FL Name | ☑ Pending |
| | | | 502 W Adams Street Street | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | 16-2022-CA-002951 | | Jacksonville, FL 32202 City            State    ZIP Code | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | **Case title** | **Court name and address** |
| | Street | | Name |
| | | **Case number** | Street |
| | City        State    ZIP Code | | |
| | | **Date of order or assignment** | City        State    ZIP Code |

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | | | |
| | Street | | | |
| | City        State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |

Debtor   Franklin Southern Manufacturing, LLC                          Case number *(if known)* _____
         Name

| Part 5: | Certain Losses |
|---|---|

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1. _____ | _____ | _____ | _____ |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| Law Offices of Mickler & Mickler, LLP | Attorney's Fee | 04/25/2023 | $3,262.00 |
| | court costs | 04/25/2023 | $1,738.00 |

**Address**

5452 Arlington Expy.
Street

_____

Jacksonville, FL 32211
City                    State      ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

**Trustee**

_____

Debtor   Franklin Southern Manufacturing, LLC                    Case number *(if known)* _____
         Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

---

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ | From _____ To _____ |
| Street | |
| _____ | |
| City          State    ZIP Code | |

---

**Part 8:**  Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **6**

Debtor ___Franklin Southern Manufacturing, LLC___   Case number (If known) _____
        Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

15.1. _____
      Facility name

      _____          _____
      Street

      _____     | Location where patient records are maintained (if different from | How are records kept? |
      City        State    ZIP Code | facility address). If electronic, identify any service provider. | |

                                      _____          Check all that apply:

                                      _____          ☐ Electronically

                                                                        ☐ Paper

---

**Part 9:** Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

        Does the debtor have a privacy policy about that information?

        ☐ No

        ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

        ☐ No. Go to Part 10.

        ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: _ _ – _ _ _ _ _ _ _ |

        Has the plan been terminated?

        ☐ No

        ☐ Yes

---

**Part 10:** Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____<br>Name<br><br>_____<br>Street<br><br>_____<br>City        State    ZIP Code | XXXX– _ _ _ _ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other<br>_____ | _____ | _____ |

---

Debtor  Franklin Southern Manufacturing, LLC                              Case number (if known) _____
        Name

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | Address | | |
| | City          State     ZIP Code | | | |

### Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

### 21. Property held for another

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| | | | |
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

### Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

Debtor    Franklin Southern Manufacturing, LLC                                Case number (if known)
_____
          Name

■  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| _____ | Name _____ | _____ | ☐ On appeal |
| **Case number** | Street | _____ | ☐ Concluded |
| _____ | _____ | _____ | |
| | City          State    ZIP Code | _____ | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name _____ | Name _____ | _____ | _____ |
| Street _____ | Street _____ | _____ | |
| City          State    ZIP Code | City          State    ZIP Code | _____ | |

**Part 13:**  Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

Debtor   Franklin Southern Manufacturing, LLC                              Case number (if known) _____
         Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. _____<br>Name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City          State    ZIP Code | _____<br><br>_____ | EIN: __ __ – __ __ __ __ __ __ __<br><br>**Dates business existed**<br><br>From _____  To _____ |

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Matthew Lents, CPA<br>Name<br><br>1201 N. 3rd St.<br>Street<br><br>_____<br>Jacksonville Beach, FL 32250<br>City                State         ZIP Code | From _2018___  To _____ |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. Matthew Lents, CPA<br>Name<br><br>1201 N. 3rd St.<br>Street<br><br>_____<br>Jacksonville Beach, FL 32250<br>City                State         ZIP Code | From _2018___  To _____ |

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Sermons, Billy<br>Name<br><br>8500 Baycenter Rd. Suite #2<br>Street<br><br>_____<br>Jacksonville, FL 32256<br>City                State         ZIP Code | _____<br><br>_____<br><br>_____ |

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.2.

Matthew Lents, CPA
_____
Name

1201 N. 3rd St.
_____
Street

_____

Jacksonville Beach, FL 32250
_____
City                    State              ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.
_____
Name

_____
Street

_____

_____
City                    State              ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|

27.1.
_____
Name

_____
Street

_____

_____
City                    State              ZIP Code

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sermons, Billy | 8500 Baycenter Rd. Suite #2 Jacksonville, FL 32256 | CEO, owner | 100.00% |

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| | | | |

Debtor _Franklin Southern Manufacturing, LLC_____     Case number *(if known)* _____
      Name

From _____

To _____

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. Sermons, Billy<br>Name<br>8500 Baycenter Rd. Suite #2<br>Street<br><br>Jacksonville, FL 32256<br>City    State   ZIP Code | $75000 | 4/2022 - 3/2023 | draw in lieu of salary approximately $75,000 in last year |

| Relationship to debtor |
|---|
| owner |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

**Part 14:**  Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____04/26/2023____
           MM/ DD/ YYYY

**X** _/s/ Billy Sermons_____     Printed name _____Billy Sermons_____
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor _____President/CEO_____

Debtor  <u>Franklin Southern Manufacturing, LLC</u>  Case number (*if known*) _____
Name


**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>Franklin Southern Manufacturing, LLC</td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the:<br>Middle District of Florida</td></tr>
<tr><td colspan="2">Case number (if known):</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | American Express<br>P O Box 650448<br>Dallas, TX 75265 | | | | | | $250,000.00 |
| 2 | Bluelinx<br>1950 Spectrum Circle Suite #300<br>Marietta, GA 30067 | | | | | | $67,192.00 |
| 3 | Boise Cascade Bld. Mat. Dist.<br>4300 S. Enterprise St<br>Boise, ID 83705 | | | | | | $50,605.85 |
| 4 | Cenvar Roofing<br>2124 Loudon Ave NW<br>Roanoke, VA 24017 | | | | | | $56,119.00 |
| 5 | DHL<br>236 WENDELL H FORD BLVD MS 1305<br>Erlanger, KY 41018 | | | | | | $54,181.00 |
| 6 | Epilay<br>21175 S Main St Suite C<br>Carson, CA 90745 | | | | | | $137,004.00 |
| 7 | Flack Global Metals<br>600 TownPark Lane NW Ste. #L-1000<br>Kennesaw, GA 30144 | | | | | | $308,038.00 |
| 8 | Florida Department of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314 | | sales tax | | | | $1,251,853.81 |

Debtor    Franklin Southern Manufacturing, LLC
          Name

Case number *(if known)*

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Fora Financial Advance, LLC 519 Eighth Avenue 11th Floor New York, NY 10018 | | | | | | $272,293.50 |
| 10 | Fox Capital Group, Inc. 140 Broadway Floor 46 New York, NY 10005 | | | | | | $100,000.00 |
| 11 | Huttig 555 Maryville University Drive Saint Louis, MO 63141 | | | | | | $100,442.00 |
| 12 | Painted Metal Products 1025 Lockwood Dr, Houston, TX 77020 | | | | | | $44,186.00 |
| 13 | Primesource Building Products 1321 GREENWAY DR Irving, TX 75038 | | | | | | $121,711.00 |
| 14 | Reibus 1 Glenlake Pkwy NE Suite #300 Atlanta, GA 30328 | | | | $2,374,432.00 | $212,251.11 | $2,162,180.89 |
| 15 | Robetex 2504 Fayetteville Rd, Lumberton, NC 28358 | | | | | | $196,771.00 |
| 16 | Shandex Corp 400 Kelby St. 17th Floor Fort Lee, NJ 07024 | | | | | | $210,505.00 |
| 17 | Skymark Roofing, LLC P.O. BOX 1232 Mount Dora, FL 32756 | | | | | | $112,756.00 |
| 18 | Starwrap Inc. 7324 Southwest Fwy Suite #1440 Houston, TX 77074 | | | | | | $60,818.00 |
| 19 | The Henry Company 2701 State Rd 60 W Bartow, FL 33830 | | | | | | $65,598.00 |
| 20 | TQL 12724 Gran Bay Pkwy Suite #250 Jacksonville, FL 32258 | | | | | | $53,999.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Middle District of Florida

**In re**   Franklin Southern Manufacturing, LLC

Case No. _____

**Debtor**

Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ................................................................................   $20,000.00

Prior to the filing of this statement I have received ................................................................   $3,262.00

Balance Due .............................................................................................................................   $16,738.00

2.   _____ $1,738.00 _____ of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

4.   The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

5.   ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

6.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.   Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

---

CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 04/26/2023 | /s/ Bryan K. Mickler |
|---|---|
| Date | Bryan K. Mickler |
| | *Signature of Attorney* |

Bar Number: 091790
Law Offices of Mickler & Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211
Phone: (904) 725-0822

Law Offices of Mickler & Mickler, LLP
*Name of law firm*

---

Page 2 of 2

**IN THE UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

IN RE: **Franklin Southern Manufacturing, LLC**                    CASE NO

CHAPTER **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____ 04/26/2023 _____    Signature _____ /s/ Billy Sermons _____
                                                                    Billy Sermons, President/CEO

48forty Solutions, LLC
534 Thompson Dr Suite #1A
Douglas, GA 31533


A&K Machine
3451 W Beaver St,
Jacksonville, FL 32254


ABF/Arcbest
8401 McClure Drive
Fort Smith, AR 72916


AJC Group
1000 Abernathy Rd NE Ste. #600
Atlanta, GA 30328


Altus AR
2121 Airline Drive Suite #520
Metairie, LA 70001


American Express
P O Box 650448
Dallas, TX 75265


Armstrong
3840 Hempland Road
P.O. Box 566
Mountville, PA 17544


Bluelinx
1950 Spectrum Circle Suite #300
Marietta, GA 30067

Boise Cascade Bld. Mat. Dist.
4300 S. Enterprise St
Boise, ID 83705

Cenvar Roofing
2124 Loudon Ave NW
Roanoke, VA 24017

Attorney Christopher
Cammack
2100 W Loop S Suite #1075
Houston, TX 77027

DHL
236 WENDELL H FORD BLVD MS 1305
Erlanger, KY 41018

Eastgroup Properties LP
400 W. Parkway Place Suite #100
Ridgeland, MS 39157

Epilay
21175 S Main St Suite C
Carson, CA 90745

Fanaco Fastners
10600 231ST WAY NE
Redmond, WA 98053

Fastenal
2001 Theurer Blvd.
Winona, MN 55987

Fifth Wheel Freight
4460 44th St SE Suite D
Grand Rapids, MI 49512

Five Star Roofing
2330 Scenic Hwy S Suite #400
Snellville, GA 30078

Flack Global Metals
600 TownPark Lane NW Ste. #L-1000
Kennesaw, GA 30144

Florida Department of
Revenue
P.O. Box 6668
Tallahassee, FL 32314

Florida Forklift
3221 N. 40th St.
Tampa, FL 33605

Fora Financial Advance, LLC
519 Eighth Avenue 11th Floor
New York, NY 10018

Fox Capital Group, Inc.
140 Broadway Floor 46
New York, NY 10005

Gardner Gibson
4161 E. 7th Avenue
Tampa, FL 33605

Huttig
555 Maryville University Drive
Saint Louis, MO 63141

Integrity Express
6206 Atlantic Blvd Suite #4
Jacksonville, FL 32216

Internal Revenue Service
Attn: Bankruptcy
400 W. Bay Street
Jacksonville, FL 32202

IPS Corp.
455 W. Victoria Street
Compton, CA 90220

Law Offices of Mickler &
Mickler, LLP
5452 Arlington Expy.
Jacksonville, FL 32211

Matrix Machine
2901 Danese St.
Jacksonville, FL 32206

Megacorp Logistics
7800 Belfort Pkwy
Jacksonville, FL 32256

Midwest Metals
25989 Detroit Road
Westlake, OH 44145

Painted Metal Products
1025 Lockwood Dr,
Houston, TX 77020

PLS Logistics
7014 A C Skinner Pkwy Suite #260
Jacksonville, FL 32256

Primary Freight
644 Supreme Dr.
Bensenville, IL 60106

Primesource Building
Products
1321 GREENWAY DR
Irving, TX 75038

Pure Lead Products
127 Ranier Dr
Lake Placid, FL 33852

R & R Express Logistics
100 Commerce Dr.
Pittsburgh, PA 15275

Reibus
1 Glenlake Pkwy NE Suite #300
Atlanta, GA 30328

Robetex
2504 Fayetteville Rd,
Lumberton, NC 28358

SEMCO
2737 Ignition Dr Unit 8
Jacksonville, FL 32218

Billy Sermons
8500 Baycenter Rd. Suite #2
Jacksonville, FL 32256

Shandex Corp
400 Kelby St. 17th Floor
Fort Lee, NJ 07024

Skymark Roofing, LLC
P.O. BOX 1232
Mount Dora, FL 32756

Sohacki Ind.
185 Cumberland Park Dr,
Saint Augustine, FL 32095

Starwrap Inc.
7324 Southwest Fwy Suite #1440
Houston, TX 77074

Sunteck TTS
4500 Salisbury Road Suite #305
Jacksonville, FL 32216

TForce Freight
PO Box 1216
Richmond, VA 23218

The Henry Company
2701 State Rd 60 W
Bartow, FL 33830


TQL
12724 Gran Bay Pkwy Suite #250
Jacksonville, FL 32258


Updike Logistics
435 S 59th Ave Suite #100
Phoenix, AZ 85043


Warrior Roofing
3050 Warrior Rd
Tuscaloosa, AL 35404


Wells Fargo Bank
420 Montgomery St.
San Francisco, CA 94104

**United States Bankruptcy Court**
**Middle District of Florida**

In re   **Franklin Southern Manufacturing, LLC** _____    Case No. _____

                                          Debtor(s)                          Chapter                    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for ___**Franklin Southern Manufacturing, LLC**___ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

_____

☑ None [*Check if applicable*]


_____**04/26/2023**_____                    _____**/s/ Bryan K. Mickler**_____
Date                                          **Bryan K. Mickler**
                                              Signature of Attorney or Litigant
                                              Counsel for **Franklin Southern Manufacturing, LLC**
                                              **Bar Number: 091790**
                                              **Law Offices of Mickler & Mickler, LLP**
                                              **5452 Arlington Expy.**
                                              **Jacksonville, FL 32211**
                                              **Phone: (904) 725-0822**
                                              **Email: bkmickler@planlaw.com**

1

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

IN RE:                                                        CHAPTER  **11**

**Franklin Southern Manufacturing, LLC**

DEBTOR(S)                                                     CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| **Billy Sermons**<br>8500 Baycenter Road<br>Suite # 2<br>JACKSONVILLE, FL 32256 | common | 100 | owner |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

   I, the _____ **President/CEO** _____ of the _____ **Public Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true
and correct to the best of my information and belief.

Date: **04/26/2023** _____     Signature: /s/ Billy Sermons _____
                                                     *Billy Sermons, President/CEO*

```
Fill in this information to identify the case:

Debtor name          Franklin Southern Manufacturing, LLC

United States Bankruptcy Court for the:
                     Middle District of Florida

Case number (if known): _____
```

☐ Check if this is an
amended filing

## Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)

☑ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)

☑ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)

☑ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)

☑ Schedule H: Codebtors (Official Form 206H)

☑ A Summary of Assets and Liabilities for Non-Individuals (Official Form 206A-Summary)

☐ Amended Schedule _____

☑ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/26/2023          X  /s/ Billy Sermons
             MM/ DD/ YYYY           Signature of individual signing on behalf of debtor

                                    Billy Sermons
                                    Printed name

                                    President/CEO
                                    Position or relationship to debtor