**ORDERED.**

**Dated:  September 12, 2023**

Jacob A. Brown
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

In re:

Franklin Southern Manufacturing, LLC,

     Debtor.

_____/

Case No. 3:23-bk-00938-JAB
Chapter 11
Subchapter V

## AGREED ORDER GRANTING 20-20 SOLUTIONS LLC'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE AND TO COMPEL PAYMENT

**THIS CAUSE** came before the Court upon the *Motion for Allowance of Administrative Expense and to Compel Payment* (the "Motion") [ECF No. 95] filed by 20-20 Solutions LLC d/b/a 20/20 Metals ("20/20 Metals"), a creditor in the above-captioned case, for entry of an order granting 20/20 Metals an administrative expense claim pursuant to section 503(b)(1) of Title 11 of the United States Code in the amount of $41,229.30 and ordering and directing the Debtor to immediately pay the post-petition amounts past due to 20/20 Metals, and the Court, having reviewed the Motion, finding good cause, noting the agreement of the Debtor to the entry of this

1

Order, and being otherwise duly advised in the premises, it is hereby **ORDERED and ADJUDGED** that:

1.      The Motion is **GRANTED**.

2.      20/20 Metals is entitled to an administrative expense claim in the amount of $41,229.30.

3.      The Debtor is required to pay $41,229.30 to 20/20 Metals on or before September 20, 2023.

*Attorney Vincent F. Alexander is directed to serve a copy of this order on interested parties and file a certificate of service within 3 days of entry of this order.*

127796545.3