**ORDERED.**

**Dated:  September 27, 2023**

Jacob A. Brown
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

FRANKLIN SOUTHERN MANUFACTURING, LLC

        Debtor.

Case No.: 3:23-bk-00938-JAB
Chapter 11

### ORDER CONFIRMING DEBTOR'S SUBCHAPTER V PLAN OF REORGANIZATION (*Dated July 14, 2023*) AND SETTING CONTINUED STATUS CONFERENCE

This case was before the Court on September 13, 2023 for the Confirmation Hearing on the Debtor's Subchapter V Chapter 11 Plan of Reorganization (Doc. No. 54) and related cramdown motions for Classes 2-6 of the Plan at Docs. No. 57-61 respectively. The Plan of Reorganization under Subchapter V of Chapter 11 of the Bankruptcy Code dated July 14, 2023 having been transmitted to creditors and equity security holders, and it having been determined after hearing on notice that the requirements for Confirmation set forth in 11 U.S.C. 1191(a) and (b) have been satisfied, it is

**ORDERED**

1. The Debtor's Subchapter V Plan is Approved as providing adequate information pursuant to 11 U.S.C. § 1190;

2. The Court will hold a Status Conference on the Confirmed Plan on **January 23, 2024 at 2:00 P.M.** before the Honorable Jacob A. Brown, United States Bankruptcy Judge, 300 N. Hogan St., Courtroom 4C, 4th Floor, Jacksonville, FL 32202;

3. The Court finds that the plan was a non-consensual plan pursuant to the terms of 11 U.S.C. §1191(b). The Debtor shall be the disbursing agent for any payments made to priority, secured and unsecured creditors through the Plan;

4. Chapter 11 Plan Effective Date means the date that the Plan of Reorganization under Chapter 11 of the United States Bankruptcy Code, which has been confirmed by the United States Bankruptcy Court, becomes effective. In this Chapter 11 the effective date of the Plan shall be October 1, 2023;

5. The Plan of Reorganization (the "Plan"), dated July 14, 2023, is confirmed. Any objections to the Confirmation of the Chapter 11 Plan are overruled or resolved as amended below. A copy of the Confirmed Plan is attached.

6. The Plan was amended in open Court to include the following:

   a. Any additional disposable income generated by the Debtor over the course of the Chapter 11 plan shall be subject to the income review provisions of Plan Section 9.04 and Paragraph 10 as incorporated below;

   b. Any applicable co-debtor statute of limitations shall be subject to tolling during the course of the plan term as stated below in Plan Section 9.04 as incorporated below.

7. The Debtor shall fund the Plan for the applicable commitment period using all disposable income, including any sums received from future tax refunds, during the

applicable commitment period. The current disposable income was calculated at $500.00 per month for months 1-60 of the Plan as stated on Exhibit "A".

8.  The payments to each creditor are set forth on the attached Exhibit "A".

9.  The Debtor shall pay all Subchapter V Trustee fees assessed pursuant to 11 U.S.C. § 503(b) and 11 U.S.C. §1191(e) as stated below in the claims section. Any applications for compensation by any Trustee and/or professionals employed by the Debtor shall be filed within twenty-one (21) days of the date of this Order.  Because this is a non-consensual plan, the Subchapter V Trustee and Debtor's Attorney may file additional interim applications as appropriate until the final decree is entered.

10. Quarterly Financial Reporting - The Reorganized Debtor shall file with the Bankruptcy Court and provide to the Unsecured Class (pursuant to Local Rule 1007-2(b)) quarterly financial reports no later than 21 days after the end of each quarter of the plan term, post-confirmation quarterly financial reports (the "Quarterly Reports") for each quarter (or portion thereof) of the Plan term. The Allowed General Unsecured Creditors shall utilize the Quarterly Reports in evaluating the Reorganized Debtor's financial performance and collecting from the Debtor the amount of Disposable Income subject to Distribution in accordance with the Plan. The Quarterly Reports shall: (i) detail the Debtor's actual disposable Income for each reporting quarter (which) shall be calculated using a cash basis method of accounting and reported in accordance with Generally Accepted Accounting Principles (GAAP); and (ii) be signed by an authorized representative of the Debtor. To the extent the Subchapter V Trustee or any Allowed Unsecured Claimholder disagrees with the Debtors' calculation of Disposable Income in the Quarterly Reports, such party shall be entitled to seek appropriate relief from the

Court, which retains jurisdiction to, among other things, enforce the terms of the Plan, by filling an objection within seven (7) days after the applicable Quarterly Report is filled. Upon written request to bkmickler@planlaw.com Debtor will also provide a copy of any annual tax return filled after the Effective Date to the requesting Unsecured Class Claimholder (subject to appropriate redactions for personal information of the individual shareholder(s)). To the extent Allowed Unsecured Claimholders believe the Reorganized Debtor's financial performance allows for the greater Distributions, such Allowed Unsecured Claimholders may seek appropriate relief from the Court which retains jurisdiction to, among other things, modify the Plan pursuant to 11 U.S.C. §1193. The Reorganized Debtor retains all rights, claims and defenses in response to any modification request filed after the Effective Date.

11. The Debtor shall also attach to the quarterly report copies of all refinancing and/or sale closing documents for any property sold during the applicable period.

12. This Order supersedes any Adequate Protection Orders previously entered in this case and same shall be of no further force and effect.  This Order imposes an affirmative duty on the holders and/or servicers of any claims secured by liens, mortgages, and/or deeds of trust that collect payments disbursed under this Plan to credit payments in the manner required by the Plan in accordance with 11 U.S.C. § 524(i).

13. Secured creditors shall retain any lien on property in which the estate has an interest to the extent of the value of such a creditor's interest in the estate's interest in such property.  Except as modified by the Plan or this Order, all terms of the loan documents shall remain in full force and effect.

14. Confirmation of the Plan does not revest the property of the estate in the Debtor(s). Property of the estate shall revest in the Debtor(s) only upon Discharge of the case.

15. The Court reserves jurisdiction to enforce the payment schedule to all creditors as set forth in the Plan.

16. Should the Debtor fail to make a payment required by the terms of the Plan, The SubChapter V Trustee or Creditors may pursue their remedies in state or federal court as to the total amount owed and unpaid pursuant to the terms of the confirmed Plan.

17. Tax Returns.  During the term of the Plan, the Debtor shall provide copies of annual income tax returns to the SubChapter V Trustee and the United States Trustee, within twenty days of the filing of such return.

18. The Court finds cause to approve Plan Sections 9.03 and 9.04 as stated below to be incorporated into this Order Confirming the Chapter 11 Plan of Reorganization:

**9.03 Upon Confirmation of this Plan or any Amended Plan with substantially the same language and compliance with the provisions of Article 9.04 of this Plan below, the Automatic Stay of 11 U.S.C. § 362(a) shall extend to any co-debtor who personally guaranteed secured, unsecured or leased debt of the corporation until such time as one of the four following termination provisions occurs: 1) the Chapter 11 case is discharged or Dismissed; 2) the co-debtor leaves the employment of the corporation; 3) the plan is in default as to the creditor attempting to exercise it's co-debtor guaranty; or 4) the co-debtor voluntarily waives such protection in writing to any creditor (whichever occurs first).**

**This extension of the automatic stay shall not act as a discharge of any indebtedness still owed by a co-debtor upon the expiration of any of the four (4) termination provisions above.**

**Section 9.04 - Additional Unsecured Class Provisions:** Accordingly, with respect to the unsecured class after confirmation of the Plan through the date of the discharge the following provisions apply:

1. The Debtor in this Plan shall provide quarterly reporting to the SubChapter V Trustee and all creditors through the filing of United States Trustee approved quarterly operating reports;

2. The SubChapter V Trustee and interested parties shall have the ability to object to the Debtor's calculation of disposable income as reflected in this plan through the filing of objections with the Court. In such a case, the Court will schedule a hearing as to whether the Debtor should modify the payment schedule to the unsecured creditors;

3. The Debtor will also supply its post confirmation tax returns to any member of the unsecured who so requests;

4. The officer compensation to Billy Sermons for post-confirmation work compensation shall not exceed the amount of salary requested and/or awarded by the Court at Confirmation;

5. For the 60 month term of the plan, Billy Sermons shall personally make a yearly contribution of $5,000.00 towards the unsecured claims in this case, for a total of $25,000.00 over the life of the plan. The additional distributions will be reflected in the confirmation order as a portion of the unsecured payment schedule in this case;

6. This Plan tolls and abates all statutes of limitations so that enjoined parties can seek relief from the co-debtor(s) after the Plan if claims remain.

[INTENTIONALLY LEFT BLANK]

EXHIBIT "A"

In Re Franklin Southern Manufacturing, LLC Payment Schedule
3:23-bk-00938-JAB
All Payments to commence within 10 days of effective date of Plan

| Class | Creditor: | Collateral: | Interest Rate: | Replacement Value: | Payment: |
|---|---|---|---|---|---|
| | Sub-Chapter V, Trustee | Trustee Fees | | | Any amount awarded by court pursuant to fee application. To be paid as of confirmation effective date. |
| | EastGroup Properties, LP, c/o East Coast Lockbox, P.O. Box 534563, Atlanta, GA 30353-4563 | | | Administrative Expense claim in the amount of $282,749.31 for unpaid post-petition rent and other sums arising under a lease agreement between Franklin Southern Manufacturing, LLC (the "Debtor") and Landlord [Docket No. 99] | To be paid in full prior to September 15, 2023 |
| | 20-20 Solutions LLC d/b/a 20/20 Metals 487 Mitchell Ave, Elmhurst, IL 60126 | | | Administrative Expense claim in the amount of $41,229.30 | To be paid in full prior to September 20, 2023 |
| 1 | Internal Revenue Service 400 W Bay Street M/S 5730 | | 3% | $0.00 or any amount allowed after amendment to Proof of Claim | $0.00 per month from months 1-54 of the Plan to pay all priority taxes within 60 months of |

| | Jacksonville FL 32202 Acct# xx-xxx9503 | | | Claim No.: 12. IRS has filed estimated POC for $92,578.08 in priority taxes based on estimated tax for periods when Debtor was not required to file FICA/FUTA tax returns. Debtor is filing $0.00 returns in order to have POC amended to proper amount. | petition date. Amount is subject to revision based on pending claim objection. |
|---|---|---|---|---|---|
| 1 | STATE OF FLORIDA - DEPARTMENT OF REVENUE P.O. BOX 6668 TALLAHASSEE, FL 32314-6668 Xxx5342 | | 3% | $1,251,853.81 Claim No. | $22,500.00 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
| 1 | Alabama Department of Revenue 50 N. Ripley St. Montgomery, AL 36130 | | 3% | $6,663.11 Claim No. | $119.73 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
| 1 | Alabama, Dekalb County 206 Grand Ave. SW Fort Payne, AL 35967 | | 3% | $ 247.98 Claim No. | Paid in full within 30 days of confirmation of Chapter 11 Plan |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Arkansas Department of Finance and Administration PO Box 1272 Little Rock, AR 72203 | | 3% | $ 5,369.17 Claim No. | $96.48 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
| 1 | California Department of Tax and Fee Administration 3321 Power Inn Road, Suite 210 Sacramento, CA 95826-3889 | | 3% | $ 1,050.38 Claim No. | Paid in full within 30 days of confirmation of Chapter 11 Plan |
| 1 | Georgia Department of Revenue PO Box 105408 Atlanta, GA 30348-5408 | | 3% | $ 25,372.86 Claim No. | $455.92 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
| 1 | Idaho State Tax Commission PO Box 36 Boise ID 83722-0410 | | 3% | $ 7,929.96 Claim No. | $142.50 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
| 1 | Illinois Department of Revenue PO BOX 19013 SPRINGFIEL | | 3% | $ 3,880.69 Claim No. | $69.74 per month for months 1-60 of the Plan for payment in full of any pre- |

| | | | | | |
|---|---|---|---|---|---|
| | D IL 62794-9013 | | | | petition amount owed. |
| 1 | Kansas Department of Revenue Sales and Use Tax PO Box 3506 Topeka, KS 66625-3506 | | 3% | $ 6,131.82 Claim No. | $110.19 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
| 1 | Louisiana Department of Revenue Post Office Box 201 Baton Rouge, LA 70821-0201 | | 3% | $ 25,392.96 Claim No. | $456.28 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
| 1 | Louisiana, Ouachita Parish 316 Breard St, Monroe, LA 71201 | | 3% | $ 810.23 Claim No. | Paid in full within 30 days of confirmation of Chapter 11 Plan |
| 1 | Maryland Department of Revenue Comptroller of Maryland, Revenue Administration Division, 110 Carroll Street, Annapolis, Maryland 21411-0001 | | 3% | $ 390.72 Claim No. | Paid in full within 30 days of confirmation of Chapter 11 Plan |
| 1 | Massachusetts Department of Revenue DOR/CSE P.O. Box 7057 | | 3% | $ 23,060.45 Claim No. | $414.37 per month for months 1-60 of the Plan for payment in full |

| | | | | | |
|---|---|---|---|---|---|
| | Boston, MA 02204-7057 | | | | of any pre-petition amount owed. |
| 1 | Michigan Department of Treasury Lansing, Michigan 48922 | | 3% | $ 527.04 Claim No. | Paid in full within 30 days of confirmation of Chapter 11 Plan |
| 1 | Mississippi Department of Revenue 500 Clinton Center Dr, Clinton, MS 39056 | | 3% | $ 159.88 Claim No. | Paid in full within 30 days of confirmation of Chapter 11 Plan |
| 1 | Missouri Department of Revenue Harry S Truman State Office Building 301 West High Street, Jefferson City, MO 65101 | | 3% | $ 3,567.86 Claim No. | $64.11 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
| 1 | New Jersey Department of Revenue NJ Division of Taxation PO Box 999 Trenton, NJ 08646-0999 | | 3% | $ 1,367.53 Claim No. | Paid in full within 30 days of confirmation of Chapter 11 Plan |
| 1 | NEW YORK STATE DEPT OF TAXATION AND FINANCE BANKRUPTCY SECTION PO BOX 5300 ALBANY NY 12205-0300 | | 3% | $ 6,782.48 Claim No. | $121.88 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |

| 1 | North Carolina Department of Revenue Attention: Bankruptcy Unit Post Office Box 1168 Raleigh, NC 27602-1168 | | 3% | $ 6,669.65 Claim No. | $119.85 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
|---|---|---|---|---|---|
| 1 | Sales and Use Ohio Department of Taxation Attn: Compliance Business Tax Division PO Box 2678 Columbus, OH 43216-2678 | | 3% | $3,432.65 Claim No. | $61.69 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
| 1 | Oklahoma Department of Revenue TAXPAYER RESOURCE CENTER 300 N Broadway Ave. Oklahoma City, OK 73102 | | 3% | $ 8,725.33 Claim No. | $156.79 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
| 1 | Pennsylvania Department of Revenue PO BOX 280905 HARRISBURG PA 17128-0905 | | 3% | $ 10,160.35 Claim No. | $182.57 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
| 1 | South Carolina Department of Revenue 300A Outlet Pointe Boulevard | | 3% | $49,215.56 Claim No. | $884.34 per month for months 1-60 of the Plan for payment in full of any pre- |

| | | | | |
|---|---|---|---|---|
| | Columbia, SC 29210 | | | | petition amount owed. |
| 1 | Tennessee Department of Revenue Andrew Jackson Building 500 Deaderick St. Nashville, TN 37242 | | 3% | $ 7,613.90 Claim No. | $136.82 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
| 1 | Texas Comptroller of Public Accounts Lyndon B. Johnson State Office Building 111 East 17th Street Austin, Texas 78774 | | 3% | $ 15,457.75 Claim No. | $277.76 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
| 1 | Utah State Tax Commission 210 N 1950 W, Salt Lake City, UT 84134 | | 3% | $ 1,213.24 Claim No. | Paid in full within 30 days of confirmation of Chapter 11 Plan |
| 1 | Vermont Department of Revenue 133 State Street Montpelier, VT 05602 | | 3% | $ 595.98 Claim No. | Paid in full within 30 days of confirmation of Chapter 11 Plan |
| 1 | Virginia Department of Taxation Office of Customer Services P.O. Box 1115 Richmond, VA 23218-1115 | | 3% | $ 27,438.90 Claim No. | $493.05 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |

| | | | | | |
|---|---|---|---|---|---|
| 1 | Wisconsin Department of Revenue 2135 Rimrock Road Madison, WI 53713 | | 3% | $ 5163.34 Claim No. | $92.78 per month for months 1-60 of the Plan for payment in full of any pre-petition amount owed. |
| 2 | Wells Fargo Bank 420 Montgomery St. San Francisco, CA 94104 | 2022 Clark C70 Forklift | 4% | $58,000.00 Claim No. 16 | $1,068.16 during months 1-60 of the Plan |
| 3 | Reibus 1 Glenlake Pkwy NE Suite #300 Atlanta, GA 30328 | All inventory and tangible personal property | 4% | $350,000.00 | $3,543.58 during months 1-120 of the plan |
| 4 | Starwrap Inc. 7324 Southwest Fwy Suite #1440 Houston, TX 77074 | Bank garnishment since released | 0% | $0.00 | Treated as unsecured in class 6 below for entire claim amount of $60,818.00 |
| 5 | Fora Financial c/o Aubrey Thrasher, LLC 12 Powder Springs Street Suite 240 Marietta, GA 30064 | UCC-1 filing all assets of debtor | 0% | $0.00 Claim No. 19 | Treated as unsecured in class 6 below for entire claim amount of $313,151.16 |
| 6 | All General Unsecured Claims, including any wholly unsecured second mortgage claims identified above and any | | | | To the extent that unsecured claims are filed and allowed, the Debtor shall pay the total amount of unsecured claims at the rate of $1500.00 per quarter during months |

| | | | | |
|---|---|---|---|---|
| | unsecured portion of claims valued pursuant to 11 U.S.C. § 506 | | | | 1-60 of the plan of reorganization for 1% repayment of all unsecured claims. |
| | Unsecured Payments | | | Total Allowed | Payment Schedule based upon Quarterly Payments commencing at end of Q4 2023 |
| 6 | Wells Fargo Bank Payment Remittance Center P O Box 51174 Los Angeles, CA 90051 Claim No.: 1 | | | $17,238.73 1% | $15.00 per quarter |
| 6 | Fastenal Company 2001 Theurer Blvd. Attn: Legal Winona, MN 55987 Claim No.: 2 | | | $8,919.30 1% | $15.00 per quarter |
| 6 | Integrity Express Logistics, LLC c/o Weltman, Weinberg, and Reis Co., L.P.A. 965 Keynote Circle Brooklyn Heights, OH 44131 Claim No.: 3 | | | $7,750.00 1% | $15.00 per quarter |
| 6 | Robetex, Inc. Attn: Kerry Talbot | | | $211,530.54 6% | $90.00 per quarter |

| | | | | |
|---|---|---|---|---|
| | P O Box 1489 Rocky Face, GA 30740 Claim No.: 4 | | | | |
| 6 | JPMorgan Chase Bank, N.A. P O Box 15368 Wilmington, DE 19850 Claim No.: 5 | | $30,413.01 1% | $15.00 per quarter |
| 6 | ArcBest, Inc. 3801 Old Greenwood Road Fort Smith, AR 72901 Claim No.: 6 | | $1,200.00 1% | $15.00 per quarter |
| 6 | Sunteck Transport Co., LLC Lockbox 536665 307 23rd Street Extension Suite 950 Pittsburgh, FL 15215 Claim No.: 7 | | $6,875.00 1% | $15.00 per quarter |
| 6 | Southeastern Metals Mfg. Co., Inc. P O Box 712528 Cincinnati, OH 45271-2528 Claim No.: 8 | | $21,519.62 1% | $15.00 per quarter |
| 6 | JPMorgan Chase Bank, N.A. P O Box 15368 Wilmington, DE 19850 Claim No.: 9 | | $12,839.76 1% | $15.00 per quarter |
| 6 | TForce Freight | | $7,754.88 1% | $15.00 per quarter |

| | | | | | |
|---|---|---|---|---|---|
| | 1000 Semmes Ave. Richmond, VA 23224 Claim No.: 10 | | | | |
| 6 | Skymark Roofing, LLC c/o Scott S. Sheffler, Esq. Worman & Sheffler, P.A. 2600 Lake Lucien Drive, Suite 405 Maitland, FL 32751 Claim No.: 11 | | | $47,786.56 1% | $15.00 per quarter |
| 6 | Internal Revenue Service 400 W. Bay Street, M/S 5720 Jacksonville, FL 32202 Claim No.: 12 | | | $0.00 % | $0.00 per quarter unless allowed by court due to objection to claim |
| 6 | JPMorgan Chase Bank, N.A. P O Box 15368 Wilmington, DE 19850 Claim No.: 13 | | | $13,922.82 1% | $15.00 per quarter |
| 6 | Boise Cascade Building Materials Dist., LLC 1111 W. Jefferson Street, Suite 300 Boise, ID 83702 Claim No.: 14 | | | $51,605.59 1% | $15.00 per quarter |
| 6 | Capital One, N.A., by | | | $13,627.48 1% | $15.00 per quarter |

| | | | | | |
|---|---|---|---|---|---|
| | American InfoSource, as agent P O Box 71083 Charlotte, NC 28272-1083 Claim No.: 15 | | | | |
| 6 | Wells Fargo Equipment Finance, MSG P O Box 77101 Minneapolis, MN 55480 Claim No.: 16 | | | $43,320.19 1% | $15.00 per quarter |
| 6 | American Express National Bank c/o Becket and Lee, LLP P O Box 3001 Malvern, PA 19355-0701 Claim No.: 17 | | | $190,445.88 2% | $30.00 per quarter |
| 6 | AJC Freight Solutions 1000 Abernathy Rd., Suite 600 Atlanta, GA 30328 Claim No.: 18 | | | $6,225.00 1% | $15.00 per quarter |
| 6 | For a Financial Warehouse, LLC c/o Aubrey Thrasher, LLC 12 Powder Springs Street, Suite 240 Marietta, GA 30064 Claim No.: 19 | | | $313,151.16 7% | $105.00 per quarter |
| 6 | Total Quality Logistics, LLC | | | $60,145.65 1% | $15.00 per quarter |

| | | | | | |
|---|---|---|---|---|---|
| | Attn: Joseph B. Wells, Corp. Counsel 4298 Ivy Pointe Blvd., Cincinnati, OH 45245 Claim No.: 20 | | | | |
| 6 | Primary Freight, LLC P O Box 163 Brillion, WI 54110 Claim No.: 21 | | | $16,400.00 1% | $15.00 per quarter |
| 6 | BlueLinx Corporation 1950 Spectrum Circle, Suite 300 Marietta, GA 30067 Claim No.: 22 | | | $52,179.75 1% | $15.00 per quarter |
| 6 | Updike Distribution Logistics, LLC 435 S. 59th Avenue Phoenix, AZ 85043 Claim No.: 23 | | | $5,865.00 1% | $15.00 per quarter |
| 6 | Reibus 1 Glenlake Pkwy NE Suite #300 Atlanta, GA 30328 | | | $2,024,432.00 48% | $720.00 per quarter |
| 6 | Starwrap Inc. 7324 Southwest Fwy Suite #1440 Houston, TX 77074 | | | $60,818.00 1% | $15.00 per quarter |
| 6 | 48forty Solutions, LLC 534 Thompson Dr Suite #1A | | | $17,875.00 1% | $15.00 per quarter |

| | | | | | |
|---|---|---|---|---|---|
| | Douglas, GA 31533 | | | | |
| 6 | A&K Machine 3451 W Beaver St, Jacksonville, FL 32254 | | | $11,864.51 1% | $15.00 per quarter |
| 6 | Cenvar Roofing 2124 Loudon Ave NW Roanoke, VA 24017 | | | $56,119.00 1% | $15.00 per quarter |
| 6 | DHL 236 WENDELL H FORD BLVD MS 1305 Erlanger, KY 41018 | | | $54,181.00 1% | $15.00 per quarter |
| 6 | Epilay 21175 S Main St Suite C Carson, CA 90745 | | | $137,004.00 1% | $15.00 per quarter |
| 6 | Fox Capital Group, Inc. 140 Broadway Floor 46 New York, NY 10005 | | | $100,000.00 1% | $15.00 per quarter |
| 6 | Flack Global Metals 600 TownPark Lane NW Ste. #L-1000 Kennesaw, GA 30144 | | | $308,038.00 6% | $90.00 per quarter |

| 6 | Huttig<br>555 Maryville University Drive<br>Saint Louis, MO 63141 | | | $100,442.00<br>1% | $15.00 per quarter |
|---|---|---|---|---|---|
| 6 | Painted Metal Products<br>1025 Lockwood Dr, Houston, TX 77020 | | | $44,186.00<br>1% | $15.00 per quarter |
| 6 | Primesource Building Products<br>1321 GREENWAY DR<br>Irving, TX 75038 | | | $121,711.00<br>1% | $15.00 per quarter |
| 6 | Shandex Corp<br>400 Kelby St.<br>17th Floor<br>Fort Lee, NJ 07024 | | | $210,505.00<br>2% | $30.00 per quarter |
| | | | | | |
| | | | | Total:<br>$4,387,961.30<br>100% | $1,500.00 per quarter to total $30,000.00 over plan term |

Attorney Bryan K. Mickler is directed to serve a copy of this order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of the order.