**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**
www.flmb.uscourts.gov

In re:

Franklin Southern Manufacturing, LLC,

        Debtor.

_____/

Case No. 3:23-bk-00938-JAB
Chapter 11
Subchapter V

**20-20 SOLUTIONS LLC'S (I) MOTION TO COMPEL COMPLIANCE WITH AGREED ORDER GRANTING 20-20 SOLUTIONS LLC'S MOTION FOR ALLOWANCE OF ADMINISTRATIVE EXPENSE AND TO COMPEL PAYMENT AND ENFORCE PLAN AND (II) LIMITED OBJECTION TO DEBTOR'S AMENDED MOTION TO OBTAIN SECURED CREDIT PURSUANT TO FACTORING AGREEMENT WITH AMERIFACTORS FINANCIAL GROUP, LLC PURSUANT TO 11 U.S.C. § 364(d)**

20-20 Solutions LLC d/b/a 20/20 Metals ("20/20 Metals"), a creditor in the above-captioned case, moves this Court for entry of an order compelling compliance with this Court's *Agreed Order Granting 20-20 Solutions LLC's Motion for Allowance of Administrative Expense and to Compel Payment* (the "Administrative Expense Order") [ECF No. 118] and *Order Confirming Debtor's Subchapter V Plan of Reorganization (Dated July 14, 2023)* (the "Confirmation Order") [ECF No. 143] which required Franklin Southern Manufacturing, LLC (the "Debtor") to pay 20/20 metals $41,229.30 on or before September 20, 2023, and files this limited objection to the Debtor's *Amended Motion to Obtain Secured Credit Pursuant to Factoring Agreement with Amerifactors Financial Group, LLC Pursuant to 11 U.S.C. § 364(d)* (the "Financing Motion") [ECF No. 151], and in support states:

1.      On August 14, 2023, 20/20 Metals filed its *Motion for Allowance of Administrative Expense and to Compel Payment* (the "Administrative Expense Motion") [ECF No. 95]. In the Administrative Expense Motion, 20/20 Metals sought payment in the amount of $41,229.30 for post-petition goods delivered to the Debtor that the Debtor failed to pay.

130709320.2

1

2.      On September 14, 2023, the Court entered the Administrative Expense Order, whereby it granted the Administrative Expense Motion and ordered the Debtor to pay $41,229.30 to 20/20 Metals on or before September 20, 2023.

3.      On September 27, 2023, the Court entered the Confirmation Order, which confirmed the Debtor's Sub-Chapter V Plan of Reorganization (the "Plan") [ECF No. 54] and incorporated the Debtor's obligation to pay 20/20 Metals $41,229.30 on or before September 20, 2023.

4.      The Debtor failed to pay 20/20 Metals on or before September 20, 2023.

5.      Counsel for 20/20 Metals advised counsel for the Debtor of the Debtor's failure to comply with the Administrative Expense Order and Confirmation Order and advised that if payment was not received by September 29, 2023, then 20/20 Metals would seek relief from this Court.

6.      As of the filing of this Motion, the Debtor still has not paid 20/20 Metals the $41,229.30.

7.      On October 12, 2023, the Debtor filed the Financing Motion. In the Financing Motion, the Debtor acknowledged that it was delinquent in its obligation to pay 20/20 Metals the $41,229.30. The Debtor asserts that it is attempting to obtain financing to pay the 20/20 Metals' claim and the $282,749.31 claim of Eastgroup Properties, LP through the factoring of purported receivables.

8.      20/20 Metals does not object to the Debtor obtaining financing to pay the 20/20 Metals' claim. However, the Financing Motion fails to provide critical details, *i.e.*, the amount of receivables the Debtor currently has, the amount of funds that the Debtor will actually receive if the Financing Motion is approved, the date upon which the Debtor will receive funds if the

130709320.2

Financing Motion is approved, the current status of the Debtor's business operations, and the date upon which the Debtor will pay 20/20 Metals' claim.

9.      20/20 Metals also notes that the Debtor's requirement to pay 20/20 Metals' claim is not contingent upon approval of the Financing Motion, and the payment of 20/20 Metals' claim is not limited to the proceeds of any financing the Debtor obtains pursuant to the Financing Motion or otherwise.

**WHEREFORE**, 20/20 Metals respectfully requests this Court to enter an order (i) compelling the Debtor to immediately pay 20/20 Metals $41,229.30; (ii) awarding 20/20 Metals its fees and costs, including reasonable attorneys' fees, for the filing of this Motion; (iii) to the extent that the Court approves the Financing Motion, requiring the Debtor to immediately pay 20/20 Metals upon receipt of funds from the Financing Motion; and (iv) granting such other and further relief as the Court deems just and proper under the circumstances.

Dated: October 16, 2023                           Respectfully submitted,

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
*Counsel for 20-20 Solutions LLC d/b/a 20/20 Metals*
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Tel.: 954-728-1280
Vincent.Alexander@lewisbrisbois.com

By: /s/ *Vincent F. Alexander*
        Vincent F. Alexander
        Fla. Bar No. 68114

## CERTIFICATE OF SERVICE

**I CERTIFY** that on October 16, 2023, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day by transmission of Notice of Electronic Filing generated by CM/ECF on all counsel of record or pro se parties who are authorized to receive electronically Notice of Electronic Filing in this chapter 11 case.

By: /s/ *Vincent F. Alexander*
Vincent F. Alexander