**ORDERED.**

Dated: October 24, 2023

_Jacob A. Brown_
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re:<br><br>FRANKLIN SOUTHERN MANUFACTURING, LLC<br><br>                Debtor. | Case No.: 3:23-bk-00938-JAB<br><br>Chapter 11 |

**ORDER GRANTING AMENDED MOTION TO OBTAIN SECURED CREDIT PURSUANT TO FACTORING AGREEMENT WITH AMERIFACTORS FINANCIAL GROUP, LLC PURSUANT TO 11 U.S.C. § 364(d)**

This case was before the Court on October 17, 2023 upon the AMENDED MOTION TO OBTAIN SECURED CREDIT PURSUANT TO FACTORING AGREEMENT WITH AMERIFACTORS FINANCIAL GROUP, LLC PURSUANT TO 11 U.S.C. § 364(d) (Doc. No. 151) filed by the Debtor. Upon the evidence presented at a hearing on October 17, 2023, the Court makes the following findings:

1. The Debtor had obtained factoring agreements for its receivables prior to the filing of the Chapter 11 Voluntary Petition in this case;

2. The Debtor has been unable to factor its receivables after the filing of the Chapter 11 case despite multiple lenders being approached by the Debtor;

3. The Court confirmed the SubChapter V Plan of Reorganization of the Debtor on September 27, 2023 at Doc. No. 143;

4. The financial projections contained in the Confirmed Chapter 11 Plan of Reorganization show that the Debtor has the financial ability to meet all required Plan payment obligations and to satisfy all existing administrative claim obligations to EastGroup Properties, L.P. and 20-20 Solutions, LLC with the Amerifactors Financial Group, LLC factoring proposed in the Motion;

5. The Debtor presented evidence through its CEO Billy Sermons and CFO Jason Fennell that its accounts receivable values were steady in the range of $400,000.00 to $500,000.00 and that all accounts receivables were generally due within 30 days;

6. Except for the *Limited Objection to Debtor's Motion to Obtain Secured Credit Pursuant to Factoring Agreement with Amerifactors Financial Group, LLC Pursuant to 11 U.S.C. § 364(d)* [Doc. No. 154] filed by 20-20 Solutions LLC, there was no objection by the United States Trustee, SubChapter V Trustee, or any creditor to the relief requested in the Motion by the Debtor;

Accordingly, it is

**ORDERED:**

1. The AMENDED MOTION TO OBTAIN SECURED CREDIT PURSUANT TO FACTORING AGREEMENT WITH AMERIFACTORS FINANCIAL GROUP, LLC PURSUANT TO 11 U.S.C. § 364(d) (Doc. No. 151) is Granted as stated herein;

2. The accounts receivable portion of any existing UCC-1 lien filed on behalf of Reibus International, Inc. at Florida Secured Registry Number 20220318794, Corporation Service Company at Florida Secured Registry Number 202202107848, CT Corporation System at Florida Secured Registry Number 202300570997 and Financial Agent Services at Florida Secured Registry Number 202201902644 shall be subordinated to any lien on accounts receivable pledged to Amerifactors Financial Group, LLC and/or Gulf Coast Bank and Trust Company as recorded in the Florida Secured Registry Number 20230273775X;

3. The subordination of any prior existing lien is limited to accounts receivable only. Any existing lien on inventory, equipment or other personal property on the above prior liens shall not be primed by the UCC-1 lien as filed above by Amerifactors Financial Group, LLC and/or Gulf Coast Bank and Trust Company as a result of this Order;

4. The Court directs that any administrative expense claims of EastGroup Properties, L.P. and 20-20 Solutions, LLC[1] as designated in the Order Confirming Chapter 11 Plan of the Debtor shall be paid immediately, on a *pro rata* basis, upon receipt of any funds by the Debtor as the result of any factoring of accounts receivable as a result of this Order and prior to any use of the funds by the Debtor for any other purposes after factoring of the accounts receivable as a result of this Order. For the avoidance of doubt, nothing

---

1 The Court also entered its *Agreed Order Granting 20-20 Solutions LLC's Motion for Allowance of Administrative Expense and to Compel Payment* [Doc. No. 118] which required the Debtor to pay 20-20 Solutions LLC $41,229.30 on or before September 20, 2023.

    in this Order shall limit the rights of 20-20 Solutions, LLC to collect any and all amounts due and owing to it from the Debtor as a result of its administrative expense claim, including, but not limited to, collection from any other source of funds of the Debtor;

5. The Court shall retain jurisdiction of this matter to enforce the terms of this Order.

Bryan K. Mickler, Attorney for Debtor, is directed to serve a copy of this Order on interested parties and file a proof of service within three (3) days of entry of the Order.