**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re ) | |
| ) | |
| FRANKLIN SOUTHERN ) | Case No.: 3:23-bk-00938-JAB |
| MANUFACTURING, LLC ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |

**EASTGROUP PROPERTIES, L.P.'S**
**EMERGENCY MOTION TO CONVERT CASE TO CHAPTER 7**

Creditor, EastGroup Properties, L.P. ("EastGroup"), moves the Court, pursuant to 11 U.S.C. § 1112(a), for the entry of an order converting this subchapter V case to Chapter 7 and in support of the motion states:

1. Franklin Southern Manufacturing, LLC ("Debtor") is a Florida limited liability company that operates as a roofing supply manufacturer from premises leased from EastGroup.

2. On April 27, 2023 (the "Petition Date"), Debtor filed a voluntary petition for protection under subchapter V of title 11 of the United States Code.

3. Debtor failed to pay rent during the course of the reorganization. EastGroup was therefore awarded a Chapter 11 administrative expense claim in the amount of $282,749.31, with express instructions that the rent was to be brought current on or before September 15, 2023 [Docket No. 122].

4. On September 27, 2023, the Court entered its Order Confirming Debtor's Subchapter V Plan of Reorganization (the "Confirmation Order") [Docket No. 143].

Confirmation was obtained upon the Debtor's representation that Debtor's CEO, Billy Sermon, would borrow against his homestead to pay the rent due and owing to EastGroup. That Confirmation Order again provided that EastGroup was to be paid in full prior to September 15, 2023. Neither event occurred.

5. On October 12, 2023, Debtor filed an Amended Emergency Motion to Obtain Secured Credit Pursuant to Factoring Agreement with Amerifactors Financial Group, LLC (the "Financing Motion") [Docket No. 151].

6. A hearing was held on the Financing Motion on October 17, 2023 [Docket No. 155]. At the hearing, Mr. Sermons represented that Debtor was consistently generating receivables of $400,000 to $500,000 per month, and that all receivables were generally paid within 30 days. Their statements were memorialized in the Order granting the Financing Motion entered on October 24, 2023 [Docket No. 157].

7. Pursuant to the Order granting the Financing Motion, Debtor was again directed to pay EastGroup's administrative rent claim. It failed to do so.

8. As a result of the foregoing, Debtor has materially defaulted in its obligations under the confirmed plan.

9. In addition, Debtor has or will be losing possession of the premises which it leases from EastGroup. It will not therefore have the ability to continue operating and fulfilling its plan obligations.

10. Pursuant to 11 U.S.C. § 1112(b), made applicable to subchapter V cases by virtue of 11 U.S.C. § 1181(a), where "cause" is shown on the motion of a party in interest, the Court *shall* dismiss or convert a chapter 11 case, whichever is in the best interest of creditors:

> (1) . . . on request of a party in interest, and after notice and a hearing, the court *shall* convert a case under this chapter to a case under chapter 7 or dismiss a case under this chapter, whichever is in the best interests of creditors and the estate, for cause unless the court determines that the appointment under section 1104(a) of a trustee or an examiner is in the best interests of creditors and the estate.
>
> \* \* \*
>
> (4)   For purposes of this subsection, the term "cause" includes —
>
> (A) substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation;
>
> (B) gross mismanagement of the estate;
>
> \* \* \*
>
> (E) failure to comply with an order of the court;
>
> \* \* \*
>
> (M) inability to effectuate substantial consummation of a confirmed plan;
>
> (N) material default by the debtor with respect to a confirmed plan; . . .
>
> 11 U.S.C. § 1112(b) (emphasis added).

11. The failure of the Debtor to comply with the terms of the confirmed plan and the failure to abide by orders of this Court all constitute cause for conversion. Debtor's loss of its business premises similarly establishes cause as Debtor will now be unable to effectuate substantial consummation of the plan.

12. Conversion of this case to Chapter 7 will allow the Debtor's receivables to be liquidated for the benefit of creditors. Conversion, rather than dismissal, is therefore in

the best interest of its creditors.  Relief is requested on an emergency basis to preserve the value of the receivables before Debtor has an opportunity to abscond with same.

WHEREFORE, EastGroup respectfully requests the entry of an Order converting this case to Chapter 7 and granting such further relief as the Court deems appropriate.

**THAMES | MARKEY**

By    */s/ Richard R. Thames*
       Richard R. Thames

Florida Bar No. 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
rrt@thamesmarkey.law

Attorneys for EastGroup Properties, L.P.

## Certificate of Service

I hereby certify that on November 8, 2023, this notice and the attached pleading was transmitted to the Clerk of the Court for uploading to the Case Management/Electronic Case Files ("CM/ECF") System, which will send a notice of electronic filing to all creditors and parties in interest who have consented to receiving electronic notices in this case. A copy of the foregoing was also furnished by U.S. Mail, postage prepaid on November 8, 2023 to Franklin Southern Manufacturing, LLC, 8500 Baycenter Road, Suite 2, Jacksonville, Florida 32256 and to the Rule 1007(d) list of creditors and parties in interest listed on the mailing matrix attached hereto.

/s/ Richard R. Thames
——————————————
Attorney

```
Label Matrix for local noticing          American Express                         Bluelinx
113A-3                                   P O Box 650448                           1950 Spectrum Circle Suite #300
Case 3:23-bk-00938-JAB                   Dallas, TX 75265-0448                    Marietta, GA 30067-8472
Middle District of Florida
Jacksonville
Wed Nov  8 08:54:01 EST 2023

Boise Cascade Bld. Mat. Dist.            Boise Cascade Building Materials Distributio   Cenvar Roofing
4300 S. Enterprise St                    c/o GEORGE L. ZINKLER, III               2124 Loudon Ave NW
Boise, ID 83705-5421                     LORIUM LAW                               Roanoke, VA 24017-6925
                                         101 Northeast Third Avenue, Suite 1800
                                         Fort Lauderdale, FL 33301-1252

DHL                                      Epilay                                   Flack Global Metals
236 WENDELL H FORD BLVD MS 1305          21175 S Main St Suite C                  600 TownPark Lane NW Ste. #L-1000
Erlanger, KY 41018-1273                  Carson, CA 90745-1500                    Kennesaw, GA 30144-3729

Florida Department of Revenue            Fora Financial Advance, LLC              Fox Capital Group, Inc.
P.O. Box 6668                            519 Eighth Avenue 11th Floor             140 Broadway Floor 46
Tallahassee, FL 32314-6668               New York, NY 10018-4581                  New York, NY 10005-1155

Huttig                                   Painted Metal Products                   Primesource Building Products
555 Maryville University Drive           1025 Lockwood Dr,                        1321 GREENWAY DR
Saint Louis, MO 63141-5805               Houston, TX 77020-7301                   Irving, TX 75038-2504

Reibus                                   Robetex                                  Robetex, Inc.
1 Glenlake Pkwy NE Suite #300            2504 Fayetteville Rd,                    c/o Richard R. Thames, Esq.
Atlanta, GA 30328-3450                   Lumberton, NC 28358-3114                 50 North Laura Street, Suite 1600
                                                                                  Jacksonville, Florida 32202-3614

(c)SHANDEX CORP                          Skymark Roofing, LLC                     Skymark Roofing, LLC
400 KELBY ST STE 1802                    P.O. BOX 1232                            c/o Scott S. Sheffler, Esq.
FORT LEE NJ  07024-2952                  Mount Dora, FL 32756-1232                Worman & Sheffler, P.A.
                                                                                  2600 Lake Lucien Drive, Suite 405
                                                                                  Maitland, FL 32751-7232

Starwrap Inc.                            TQL                                      The Henry Company
7324 Southwest Fwy  Suite #1440          12724 Gran Bay Pkwy  Suite #250          2701 State Rd 60 W
Houston, TX 77074-2173                   Jacksonville, FL 32258-9486              Bartow, FL 33830-8750
```

                    Addresses marked (c) above for the following entity/entities were corrected
                           as required by the USPS Locatable Address Conversion System (LACS).

```
Shandex Corp                             End of Label Matrix
400 Kelby St. 17th Floor                 Mailable recipients    23
Fort Lee, NJ 07024                       Bypassed recipients     0
                                         Total                  23
```