**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

| | |
|---|---|
| In re ) | |
| ) | |
| FRANKLIN SOUTHERN ) | Case No.: 3:23-bk-00938 |
| MANUFACTURING, LLC | |
| ) | Chapter 11 |
| Debtor. | |
| ) | |

**CERTIFICATE OF ATTORNEY TO**
**SUPPORT REQUEST FOR EMERGENCY HEARING**

The undersigned attorney certifies as follows:

1. I am a member of the Bar of this Court. I have carefully examined the motion filed by EastGroup Properties, L.P., specifically:

- EastGroup Properties, L.P.'s Emergency Motion to Convert Case to Chapter 7 (the "Motion") [Docket No. 160].

2. To the best of my knowledge, information, and belief, formed after reasonable inquiry, all allegations are well grounded in fact and all contentions are warranted by existing law or a good faith argument for the extension, modification or reversal of existing law can be made. The matters under consideration are not interposed for any improper purpose and are not filed to harass or to increase the cost of litigation. There is just cause to request the Court's consideration of the matters on an emergency basis.

3. Consistent with the statements that have been made in the previous paragraphs and in the motions, I believe that the failure of the Court to grant the Motion

on an expedited or emergency basis will allow the Debtor to abscond with collections on its remaining receivables which will in turn severely damage the interests of the Creditors of this estate, including EastGroup Properties, LP, who will suffer direct, immediate and substantial harm if the requested relief is not granted.

4. As a member of the Bar, I state that the necessity of this emergency hearing has not been caused by the lack of due diligence on my part and is brought only by circumstances beyond my or my client's control.

5. I have filed this certificate with the full understanding of Rule 9011, Federal Rules of Bankruptcy Procedure, and the consequences of noncompliance with that rule have been explained fully to my client.

Dated: November 8, 2023.

**THAMES | MARKEY**

By  */s/ Richard R. Thames*
Richard R. Thames

Florida Bar No. 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
rrt@thamesmarkey.law

Attorneys for EastGroup Properties, L.P.