## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## <u>JACKSONVILLE DIVISION</u>

| | |
|---|---|
| In re ) | |
| ) | |
| FRANKLIN SOUTHERN ) | Case No.: 3:23-bk-00938-JAB |
| MANUFACTURING, LLC ) | |
| ) | Chapter 11 |
| Debtor. ) | |
| _____ ) | |

### <u>NOTICE OF PRELIMINARY HEARING</u>

A preliminary hearing in this case will be on **Wednesday, November 15, 2023,** beginning at **10:30 a.m.** to consider EastGroup Properties, L.P.'s an Emergency Motion to Convert Case to Chapter 7 [Docket No. 160].

The hearing will be held before the Honorable Jacob A. Brown, United States Bankruptcy Judge, in Courtroom 4C, 4th Floor, Bryan Simpson United States Courthouse, 300, North Hogan Street, Jacksonville, Florida 32202. All parties may attend the hearing in person. Parties are directed to consult the Procedures Governing Court Appearances regarding the Court's policies and procedures for attendance at hearings by Zoom or telephone available at http://www.flmb.uscourts.gov/jacksonville/InPersonTrialNotice.pdf?id=3. If the Court permits appearance by Zoom, the Court will enter a separate Order Establishing Procedures for Video Hearing shortly before the hearing. Parties permitted to appear by telephone must arrange a telephonic appearance through Court Call (866−582−6878) by 5:00 p.m. the business day preceding the hearing.

The Court may continue this matter upon announcement made in open court

without further notice.

Any party opposing the relief sought at this hearing must appear at the hearing or any objections or defenses may be deemed waived.

A photo ID is required for entry into the Courthouse. Local Rule 5073−1 restricts the entry of cellular telephones and, except in Orlando, computers into the Courthouse absent a specific order of authorization issued beforehand by the presiding judge, a valid Florida Bar identification card, or pro hac vice order.

**THAMES | MARKEY**

By  */s/ Richard R. Thames*
 _____
     Richard R. Thames

Florida Bar No. 0718459
50 N. Laura Street, Suite 1600
Jacksonville, Florida 32202
(904) 358-4000
(904) 358-4001 Facsimile
rrt@thamesmarkey.law

Attorneys for EastGroup Properties, L.P.