

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/23/2024 02:00 PM

COURTROOM   4C, 4th Floor

**HONORABLE JACOB BROWN**

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| **3:23-bk-00938-JAB** | 11 | 04/27/2023 |

Chapter 11

**DEBTOR:**   Franklin Southern Manufacturing, LLC

**DEBTOR ATTY:**   Bryan Mickler

**TRUSTEE:**   Robert Altman

**HEARING:**

Post Confirmation Status Conference{}
-Order Confirming Debtor's Subchapter V Plan of Reorganization (Dated July 14, 2023) and Setting Continued Status Conference        Doc 143
-Small Business Monthly Operating Report for Filing Period September 2023 Filed by Bryan K. Mickler on behalf of Debtor             Franklin Southern Manufacturing, LLC. Doc 167

**APPEARANCES::**   Bryan Mickler: Debtor; Jill Kelso: United States Trustee; Robert Altman: Subchapter V Trustee

**WITNESSES:**

**EVIDENCE:**

**RULING:**   Held and continued to April 30, 2024 @ 1:30 p.m. AOCNFN
Post Confirmation Status Conference{}


-Order Confirming Debtor's Subchapter V Plan of Reorganization (Dated July 14, 2023) and Setting Continued Status Conference Doc 143

-Small Business Monthly Operating Report for Filing Period September 2023 Filed by Bryan K. Mickler on behalf of Debtor Franklin Southern Manufacturing, LLC. Doc 167
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Orders not submitted by the time of closing will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.